AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

KimberlyLain

Plaintiff(s),

V.

Indusys Technology Inc.,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __10 CV 01915__

Notice is hereby given that, subject to approval by the court, __Kimberly Lain__ substitutes
(Party(s) Name)

__James Dal Bon Dal Bon & Margain__, State Bar No. __157942__ as counsel of record in
(Name of New Attorney)

place of __Richard Schramm Employment Rights Attorneys__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     James Dal Bon, Dal Bon & Margain
Address:       , 28 North 1st Street Suite 210, San Jose, CA 95113
Telephone:     (408) 297-4729         Facsimile  (408) 297-4728
E-Mail (Optional): jdblaw@earthlink.net

I consent to the above substitution.

Date:   11/23/2010

Kimberly Lain
(Signature of Party(s))

I consent to being substituted.

Date:   11/23/2010

Richard Schramm
(Signature of Former Attorney(s))

I consent to the above substitution.

Date:   11/23/2010

James Dal Bon
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 17, 2010

HOWARD R. LLOYD
United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]